UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Giaimo & Associates
Attorneys for Creditor,
The Oaks at North Brunswick Condominium
Association, Inc.
97 E River Road
Rumson, New Jersey 07760
File No.: CL-1513

Order Filed on May 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nathalie Godet
Debtor.

Case No.:        15-31351-KCF

Hearing Date:    5/9/18

Judge:           Kathryn C. Ferguson

Chapter:         Chapter 13

Recommended Local Form:     ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>The Oaks at North Brunswick Condominium Association, Inc.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

1213 North Oaks Boulevard, North Brunswick, NJ 08902

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:

Any and all personal property available to Debtors in order to satisfy all monies due and owing to Creditor in connection with their ownership of the above-referenced property, including, but not limited to, future earnings, current monies on deposit, and rental income any real estate owned by debtors.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Nathalie Godet  
    Debtor

Case No. 15-31351-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 14, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
db          Nathalie Godet,    1213 N Oaks Blvd,    North Brunswick, NJ    08902-2153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
         Albert Russo    docs@russotrustee.com
         Edward Hanratty    on behalf of Debtor Nathalie Godet thanratty@tomeslawfirm.com,
          ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
         Peter Joseph Rosa, I    on behalf of Creditor   The Oaks at North Brunswick Condominium
          Association, Inc. prosa@giaimoandassociates.com
         William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                   TOTAL: 6