Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15–31351–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nathalie Godet
1213 N Oaks Blvd
North Brunswick, NJ 08902–2153

Social Security No.:
xxx–xx–1691

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 30, 2017.

On 7/7/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           August 12, 2020
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 8, 2020
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nathalie Godet  
    Debtor

Case No. 15-31351-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 08, 2020  
                      Form ID: 185    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
```
db             Nathalie Godet,    1213 N Oaks Blvd,    North Brunswick, NJ  08902-2153
cr            +The Oaks at North Brunswick Condominium Associatio,    c/o Giaimo and Associates, LLC,
               97 East River Road,    Rumson, NJ 07760-1625
515847862      MOHELA US DEPT OF ED,    633 Spirit Dr,    Chesterfield, MO  63005-1243
515847863      Paul Micheal Marketing,    15916 Union Tpke Ste 302,    Flushing, NY  11366-1955
515847864      Remex,    307 Wall St,    Princeton, NJ  08540-1515
515950831     +The Oaks Condominium Association Inc.,    417 N. Oaks Blvd,    North Brunswick, NJ 08902-2147
516052598     +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC#D3347-014,
               3476 Stateview Blvd,    Fort Mill, SC 29715-7203
517169916      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
515847866      Wells Fargo Home Mortgage,    PO Box 659558,    San Antonio, TX  78265-9558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515847858      E-mail/Text: EBNProcessing@afni.com Jul 09 2020 00:48:59      AFNI,    PO Box 3097,
               Bloomington, IL  61702-3097
515932766     +E-mail/Text: bnc@atlasacq.com Jul 09 2020 00:48:05     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
515847860      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2020 00:48:27      GM Financial,
               PO Box 181145,    Arlington, TX  76096-1145
515847861     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 00:48:50      Midland Credit Management,
               8875 Aero Dr,    San Diego, CA 92123-2255
515847865      E-mail/PDF: DellBKNotifications@resurgent.com Jul 09 2020 00:43:12      Webbank/DFS,
               PO Box 81607,    Austin, TX  78708-1607
515847859      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 00:48:37      comenity bank,
               PO Box 182789,    Columbus, OH  43218-2789
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            Wells Fargo Home Mortgage,    POB 659558,    San Antonio, TX  78265-9558
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Edward   Hanratty    on behalf of Debtor Nathalie   Godet
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Peter Joseph Rosa, I    on behalf of Creditor    The Oaks at North Brunswick Condominium
               Association, Inc. prosa@giaimoandassociates.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 6
```