Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−31351−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nathalie Godet
   1213 N Oaks Blvd
   North Brunswick, NJ 08902−2153

Social Security No.:
   xxx−xx−1691

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/25/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 25, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-31351-MBK
Nathalie Godet                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Aug 25, 2020
                                Form ID: 148             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db              Nathalie Godet,    1213 N Oaks Blvd,    North Brunswick, NJ   08902-2153
cr             +The Oaks at North Brunswick Condominium Associatio,     c/o Giaimo and Associates, LLC,
                 97 East River Road,    Rumson, NJ 07760-1625
515847862       MOHELA US DEPT OF ED,    633 Spirit Dr,    Chesterfield, MO   63005-1243
515847863       Paul Micheal Marketing,    15916 Union Tpke Ste 302,    Flushing, NY   11366-1955
515847864       Remex,   307 Wall St,    Princeton, NJ   08540-1515
515950831      +The Oaks Condominium Association Inc.,    417 N. Oaks Blvd,    North Brunswick, NJ 08902-2147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2020 23:00:26      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2020 23:00:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515847858       EDI: AFNIRECOVERY.COM Aug 26 2020 02:38:00      AFNI,   PO Box 3097,
                 Bloomington, IL   61702-3097
515932766      +EDI: ATLASACQU.COM Aug 26 2020 02:38:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
515847860       EDI: PHINAMERI.COM Aug 26 2020 02:38:00      GM Financial,    PO Box 181145,
                 Arlington, TX   76096-1145
515847861      +EDI: MID8.COM Aug 26 2020 02:38:00      Midland Credit Management,    8875 Aero Dr,
                 San Diego, CA 92123-2255
515847865       E-mail/PDF: DellBKNotifications@resurgent.com Aug 25 2020 23:04:22      Webbank/DFS,
                 PO Box 81607,    Austin, TX   78708-1607
516052598      +EDI: WFFC.COM Aug 26 2020 02:38:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC#D3347-014,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
517169916       EDI: WFFC.COM Aug 26 2020 02:38:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
515847866       EDI: WFFC.COM Aug 26 2020 02:38:00      Wells Fargo Home Mortgage,    PO Box 659558,
                 San Antonio, TX   78265-9558
515847859       EDI: WFNNB.COM Aug 26 2020 02:38:00      comenity bank,    PO Box 182789,
                 Columbus, OH   43218-2789
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Wells Fargo Home Mortgage,    POB 659558,    San Antonio, TX   78265-9558
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Edward  Hanratty    on behalf of Debtor Nathalie  Godet
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Peter Joseph Rosa, I    on behalf of Creditor   The Oaks at North Brunswick Condominium
               Association, Inc. prosa@giaimoandassociates.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 6
```